reversed on the law and a new trial granted in the Municipal Court, with costs in all courts to appellants to abide the event upon the ground that the learned trial court erred in failing to charge the jury correctly in the main charge and upon requests made as to the extent and grounds of defendants' liability. All concur. Present — Crouch, Taylor, Edgcomb, Thompson and Crosby, JJ.

ROBERT G. HOFFMAN, Respondent, v. HENRY L. CRITTENDEN, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concur. Present — Sears, P. J., Crouch, Edgcomb, Thompson and Crosby, JJ.

ROBERT G. HOFFMAN, Respondent, v. HENRY L. CRITTENDEN, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concur. Present — Sears, P. J., Crouch, Edgcomb, Thompson and Crosby, JJ.

CORA WARD, Respondent, v. ROYAL LEE, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concur, except Crouch, J., who dissents and votes for reversal on the law. Present — Sears, P. J., Crouch, Edgcomb, Thompson and Crosby, JJ.

JAMES A. WARD, Respondent, v. ROYAL LEE, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concur, except Crouch, J., who dissents and votes for reversal on the law. Present — Sears, P. J., Crouch, Edgcomb, Thompson and Crosby, JJ.

DUDLEY WARD, an Infant, by JAMES A. WARD, His Guardian ad Litem, Respondent, v. ROYAL LEE, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concur, except Crouch, J., who dissents and votes for reversal on the law. Present — Sears, P. J., Crouch, Edgcomb, Thompson and Crosby, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. WILLIAM J. ROTH, Appellant, v. JAMES E. KANE, Treasurer of the City of Rochester, and Others, Respondents.— Judgment affirmed, with costs. All concur. Present — Sears, P. J., Crouch, Edgcomb, Thompson and Crosby, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. GUY SWEEZEY, Appellant.— Judgment of conviction affirmed. All concur. Present — Sears, P. J., Crouch, Edgcomb, Thompson and Crosby, JJ.

MINNIE B. BAUMANN, Respondent, v. JACOB MINAMON and Others, Respondents, Impleaded with WANDA G. BAUMANN, Appellant.— Judgment affirmed, with costs. All concur. Present — Sears, P. J., Crouch, Edgcomb, Thompson and Crosby, JJ. [132 Misc. 891.]

JADWIGA GERLACH and SIGMUND W. GERLACH, Respondents, v. BICKFORD REALTY COMPANY, Appellant.— Judgment affirmed, with costs. All concur. Present — Sears, P. J., Crouch, Edgcomb, Thompson and Crosby, JJ.

THE J. H. COLGROVE Co., INC., Respondent, v. ARKPORT STATE BANK, Appellant.— Order modified by inserting a provision that the inspection and the examination shall be had at such convenient place as the defendant, with the approval of the referee, may select, and as so modified affirmed, with ten dollars costs and disbursements to the respondent. All concur. Present — Sears, P. J., Crouch, Taylor, Thompson and Crosby, JJ.

AUGUSTUS DIETRICH, Appellant, v. NEW YORK LIFE INSURANCE COMPANY, Respondent.— Appeal dismissed, without costs, upon stipulation filed. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

DELAWARE HILL DEVELOPMENT COMPANY, INCORPORATED, Appellant, v. DELA-